# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GW GRUNDBESITZ AG,<br><br>  Plaintiff,<br><br>v.<br><br>LEZLIE GUNN,<br><br>  Defendant. | Case No. 2:21-cv-02074-CDS-NJK<br><br>**Order**<br><br>[Docket No. 25] |

Pending before the Court is Defendant's motion for a protective order. Docket No. 25. *See also* Docket No. 26 (corrected image). Defendant asks the Court to consider the motion on an expedited basis, as the deadline to respond to the subpoena at issue falls prior to the default briefing deadlines. Docket No. 26 at 2. The Court finds that Defendant has presented an insufficient justification to deal with the instant motion on an emergency basis and, therefore, declines to give the motion expedited treatment. This motion will be briefed pursuant to the default briefing schedule. *See* LR 7-2(b). The Court further **STAYS** the deadline for Merrill Lynch to respond to the subpoena at issue in the instant motion until after the Court resolves the motion. Plaintiff is required to serve a copy of this order on Merrill Lynch, no later than July 25, 2022. To the extent that Merrill Lynch has already produced some or all of the documents at issue in the subpoena, or does so during the pendency of the instant motion, Plaintiff is prohibited from reviewing them until after the Court resolves the motion.

IT IS SO ORDERED.

Dated: July 22, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1