AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:     amaurice@mauricewood.com
            bwood@mauricewood.com
            earonson@mauricewood.com

Attorneys for Plaintiff,
GW GRUNDBESITZ AG

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GW GRUNDBESITZ AG, a corporation organized under the laws of the Swiss Confederation,<br><br>Plaintiff<br><br>vs.<br><br>LEZLIE GUNN, an individual, DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants | CASE NO. 2:21-cv-02074-CDS-NJK<br><br>**STIPULATION AND ORDER TO ESTABLISH BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT [ECF No. 63]**<br><br>**[First Request]** |

Plaintiff, GW Grundbesitz AG ("Plaintiff"), by and through its counsel of record, MAURICE WOOD, and Defendant Lezlie Gunn ("Defendant"), by and through her counsel of record, MCNUTT LAW FIRM, hereby stipulate and agree as follows:

1.  On December 15, 2022, Defendant filed her Motion for Summary Judgment. See ECF No. 63.

2.  Plaintiff requests a brief extension of time to respond to Defendant's Motion for Summary Judgment as a result of Plaintiff's lead counsel's recent, ongoing family health emergency and the forthcoming holiday season.

3. This extension is requested to allow for counsel for Plaintiff additional time to review and respond to the points and authorities filed by Defendant while still allowing Plaintiff's counsel time to manage his personal commitments.

4. Accordingly, Plaintiff requests a brief extension of two weeks from the current deadline, until January 19, 2023, to file its Response to Defendant's Motion for Summary Judgment.

5. If Plaintiff were to file its Opposition on January 19, 2023, then Defendant's Reply would be due on February 2, 2023. Defendant respectfully requests an extension of the Reply deadline to February 13, 2023. Defendant's counsel has a trial in state court the week of February 6th, along with a calendar call and other trial-related commitments the week of January 30th.

6. This is the first request for an extension which is brought in good faith and not for purposes of delay.

DATED this 15th day of December, 2022.

**MAURICE WOOD**

By /s/ Brittany Wood
   AARON R. MAURICE, ESQ.
   BRITTANY WOOD, ESQ.
   8250 W. Charleston Blvd., Suite 100
   Las Vegas, Nevada 89117

Attorneys for Plaintiff,
GW GRUNDBESITZ AG

DATED this 15th day of December, 2022.

**MCNUTT LAW FIRM**

By /s/ Matthew C. Wolf
   DANIEL R. MCNUTT, ESQ.
   MATTHEW C. WOLF, ESQ.
   11441 Allerton Park Drive, Suite 100
   Las Vegas, Nevada 89135

Attorneys for Defendant,
LEZLIE GUNN

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: December 16, 2022