AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7616
Facsimile: (702) 463-6224
E-Mail: amaurice@mauricewood.com
bwood@mauricewood.com
earonson@mauricewood.com

Attorneys for Plaintiff,
GW GRUNDBESITZ AG

MAURICE WOOD
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616 Fax: (702) 463-6224

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

GW GRUNDBESITZ AG, a corporation organized under the laws of the Swiss Confederation,

Plaintiff

vs.

LEZLIE GUNN, an individual, DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,

Defendants

CASE NO. 2:21-cv-02074-CDS-NJK

**STIPULATION AND ORDER TO CONTINUE STATUS HEARING [ECF No. 76]**

Plaintiff, GW Grundbesitz AG ("Plaintiff"), by and through its counsel of record, MAURICE WOOD, and Defendant Lezlie Gunn ("Defendant"), by and through her counsel of record, MCNUTT LAW FIRM, hereby stipulate and agree as follows:

1. On July 19, 2023, Plaintiff filed a Rule 60(a) Motion related to the Order granting Plaintiff's Motion for Summary Judgment and the Judgment subsequently entered by the Clerk of Court ("Plaintiff's Motion"). See ECF No. 75.

2. On July 19, 2023, this Court set a status hearing on Plaintiff's Motion for Friday, July 28, 2023, at 1:30 p.m. See ECF No. 76.

3. Plaintiff's counsel is unavailable on July 28, 2023, due to a previously scheduled commitment.

4. Accordingly, Plaintiff requests that this Court continue the status hearing from July 28, 2023, at 1:30 p.m., to August 11, 2023.

5. Counsel for Defendant does not oppose the requested continuance and has confirmed his availability on August 11, 2023.

DATED this 21st day of July, 2023

**MAURICE WOOD**

*/s/ Aaron R. Maurice*
BY: AARON R. MAURICE, ESQ.
BRITTANY WOOD, ESQ.
8250 W. Charleston Blvd.,
Suite 100
Las Vegas, Nevada 89117

Attorneys for Plaintiff,
GW GRUNDBESITZ AG

DATED this 21st day of July, 2023.

**MCNUTT LAW FIRM**

*/s/ Daniel R. McNutt*
BY: DANIEL R. MCNUTT, ESQ.
MATTHEW C. WOLF, ESQ.
11441 Allerton Park Drive,
Suite 100
Las Vegas, Nevada 89135

Attorneys for Defendant,
LEZLIE GUNN

**ORDER**

Pursuant to the parties' stipulation, the status hearing previously set by this court for July, 28, 2023, at 1:30 p.m., is hereby continued to August 11, 2023, at 10:30 a.m.

**IT IS SO ORDERED**

Cristina D. Silva
United States District Judge

MAURICE WOOD
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616 Fax: (702) 463-6224