AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
AMANDA K. BAKER, ESQ.
Nevada Bar No. 15172
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7616
E-Mail:    amaurice@mauricewood.com
           bwood@mauricewood.com
           abaker@mauricewood.com

Attorneys for Plaintiff,
GW GRUNDBESITZ AG

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GW GRUNDBESITZ AG, a corporation organized under the laws of the Swiss Confederation,<br><br>Plaintiff,<br><br>vs.<br><br>LEZLIE GUNN, an individual, DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-02074-CDS-NJK<br><br>ORDER GRANTING<br><br>**EX PARTE MOTION FOR REMOVAL OF ELIZABETH FRIEDMAN FROM CM/ECF SERVICE LIST** |

The undersigned law firm hereby submits this Motion for Removal of Elizabeth Friedman from CM/ECF Service list.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The previously pending appeal was dismissed on December 15, 2023 (ECF No. 98). The parties completed their supplemental briefing on the issue of damages under Nevada's Uniform Fraudulent Transfer Act ("UFTA") on September 21, 2023. See ECF Nos. 87 and 88. The parties are awaiting the Court's decision regarding whether Plaintiff may recover punitive damages and/or attorney's fees under Nevada's version of the UFTA. Elizabeth Friedman has moved to another law firm and Amanda K. Baker has been re-assigned as the associate of record for this case. Thus, the undersigned hereby submits this Motion and requests that Ms. Friedman be removed from the

1  CM/ECF service and that Notices no longer be served by electronic means to the following e-mail
2  address: efriedman@nvbusinesslaw.com.
3    DATED this 22nd day of May, 2025.

4                  **MAURICE WOOD**

5                By */s/Amanda K. Baker*
                AARON R. MAURICE, ESQ.
6                  Nevada Bar No. 006412
                BRITTANY WOOD, ESQ.
7                  Nevada Bar No. 7562
                AMANDA K. BAKER, ESQ.
8                  Nevada Bar No. 15172
                8250 West Charleston Blvd., Suite 100
9                  Las Vegas, Nevada 89117

10                  Attorneys for Plaintiff,
                GW GRUNDBESITZ AG
11

12

13           IT IS SO ORDERED.      Nancy J. Koppe
14           Dated: May 23, 2025       United States Magistrate Judge