UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GW Grundbesitz AG, | Case No. 2:21-cv-02074-CDS-NJK |
| Plaintiff | **Order Directing Parties to File a Proposed Joint Pretrial Order** |
| v. | |
| Lezlie Gunn, | |
| Defendant | |

On November 15, 2023, I issued a minute order directing defendant Lezlie Gunn to file a brief that complied with "the court's narrow order requiring supplemental briefing on the issues identified during the August 11, 2023 hearing." *See* Min. order, ECF No. 95. On the same day, Gunn filed a document titled "notice of compliance." Notice, ECF No. 96. Therein, Gunn asserts that the previously filed brief (ECF No. 87) addressed the issues identified by the court for supplemental briefing, so no additional supplemental briefing was filed. *Id.* The issue of damages remains outstanding. Having reviewed the briefing, the court will set this matter for trial on the question of damages. The parties are hereby ordered to meet and confer and file a proposed joint pretrial order that complies with Local Rules 16-3 and 16-4 by June 30, 2025.[1]

Dated: May 29, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] The parties are advised to consult the April 17, 2020 Local Rules of Practice for content and formatting information.