MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant Lezlie Gunn*

**United States District Court**

**District of Nevada**

| | |
|---|---|
| GW GRUNDBESITZ AG, a corporation organized under the laws of the Swiss Confederation,<br><br>Plaintiff<br><br>v.<br><br>LEZLIE GUNN, an individual,<br><br>Defendant | Case No.: 2:21-cv-02074-CDS-NJK<br><br>**Stipulation and Order to Extend Pretrial Order Deadline**<br><br>**(First Request)**<br><br>[ECF No. 108] |

On May 29, 2025, this Court set the deadline for the Joint Pretrial Order as June 30, 2025. (Dkt. 102.) The Parties have been working together on the draft pretrial order, but have not finalized edits to the pretrial order at this time. Counsel for both Plaintiff and Defendant have conflicts the remainder of the time before the deadline, and therefore, wish to extend the deadline to file the Joint Pretrial Order by one week to July 7, 2025.

*(continued to next page)*

This is the Parties' first request for an extension of this deadline. This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

DATED this June 27, 2025.    DATED this June 27, 2025.

MCNUTT LAW FIRM. P.C.    MAURICE WOOD

*/s/ Dan McNutt*    */s/ Brittany Wood*
Dan McNutt, Esq.    Aaron Maurice, Esq.
Matthew C. Wolf, Esq.    Brittany Wood, Esq.
11441 Allerton Park Drive, Suite 100    8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89135    Las Vegas, Nevada 89117
drm@mcnuttlawfirm.com    amaurice@mauricewood.com
mcw@mcnuttlawfirm.com    bwood@mauricewood.com
*Counsel for Defendant*    *Counsel for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 30, 2025