UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GW Grundbesitz AG, | Case No. 2:21-cv-02074-CDS-NJK |
| Plaintiff | **Order Rejecting Proposed Joint Pretrial Order** |
| v. | |
| Lezlie Gunn, | [ECF No. 110] |
| Defendant | |

I ordered plaintiff GW Grundbesitz AG and defendant Lezlie Gunn to meet and confer and submit a proposed joint pretrial order. Order, ECF No. 102. The parties filed their proposed joint pretrial order (ECF No. 110); however, it does not comply with Local Rules 16-3 and 16-4.

Based on the arguments of both sides throughout the document, and that the "parties respectfully request a status check to address their disputes regarding Gunn's entitlement to a jury trial and whether the trial is limited to punitive damages or also includes compensatory damages," several issues must be determined before trial. I therefore reject the joint pretrial order because the majority of its content falls outside the scope of a joint pretrial order and should be the subject of motions practice.[1]

IT IS THEREFORE ORDERED that the proposed joint pretrial order **[ECF No. 110] is REJECTED**. The parties have until July 24, 2025, to submit simultaneous briefing regarding Gunn's entitlement to a jury trial and whether the trial is limited to punitive damages or also includes compensatory damages.

---

[1] Moreover, presumably because the parties disagree regarding whether a jury trial is appropriate here, they fail to include (1) lists of all exhibits that will be offered in evidence by the parties at the trial, (2) exhibits the parties agree can be admitted at trial, (3) objections to any exhibits and the grounds for the objection, (4) a list of witnesses who may be called at the trial, or (5) *three* agreed-upon trial dates (as required by LR 16-4 § IX). The parties are reminded they are required to comply with the Local Rules and orders of this court.

The deadline for the parties to submit a second proposed joint pretrial order that complies with Local Rules 16-3 and 16-4 is stayed until these pretrial issues are resolved and by further order of the court.

Dated: July 9, 2025

_____
Cristina D. Silva
United States District Judge

2